# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### FORT SMITH DIVISION

JOHN BREEDLOVE, JR.                                                                    PLAINTIFF

v.                                         Case No. 14-2049

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                                         DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc. 12) from Chief United States Magistrate Judge Barry A. Bryant.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.  Judgment will be entered accordingly.

**IT IS SO ORDERED** this 27th day of April, 2015.

/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE